# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

**FILED**
JUN 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
v. )
) Case No.    6459283 & 9459284 / CA71
GAEL GOMES, )
)

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) ~~The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;~~

(3) The defendant shall notify the Court and defendant's counsel of any change of address; ~~and~~

(4) ~~The defendant must appear at:    United States Courthouse, 510 19th Street, Bakersfield, CA 93301~~
_____
*Place*

on _____
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date:   6/20/2017            _____
                                                            *Defendant's signature*

Date:   6/20/17              *Jennifer L. Thurston*
                             _____
                                                            *Judicial Officer's Signature*

                             Jennifer L. Thurston, U.S. Magistrate Judge
                             _____
                                                            *Printed name and title*