| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, CA Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
GAEL GOMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 5:17-po-302-JLT |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| | ) **RESTITUTION HEARING; [PROPOSED]** |
| vs. | ) **ORDER** |
| GAEL GOMES, | ) DATE: August 29, 2017 |
| | ) TIME: 10:30 a.m. |
| Defendant. | ) JUDGE: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between Defendant Gael Gomes, by and through her attorney of record, Assistant Federal Defender Andrew Wong, and Assistant United States Attorney Michael Tierney, that the restitution hearing currently set for August 28, 2017 at 9:30 a.m. be **continued to August 29, 2017 at 10:30 a.m.**

The defense requests this continuance because counsel has various other cases on calendar set for August 29, 2017. The government is in agreement to this continuance.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: August 23, 2017    By: */s/ Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
GAEL GOMES

DATED: August 23, 2017    By: */s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney

## **O R D E R**

Good cause appearing, the restitution hearing as to Gael Gomes currently scheduled for August 28, 2017, is continued to **August 29, 2017**, at 10:30 a.m.

IT IS SO ORDERED.

Dated:  **August 23, 2017**            **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE