1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ANDREW WONG, CA Bar #308269
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   GAEL GOMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 5:17-po-302-JLT |
|---|---|---|
| *Plaintiff,* | ) ) ) | **MOTION TO CONTINUE AUGUST 29, 2017 RESTITUTION HEARING; [PROPOSED] ORDER** |
| vs. | ) ) | |
| GAEL GOMES, | ) ) | DATE:   August 29, 2017<br>TIME:    10:30 a.m. |
| *Defendant*. | ) ) | JUDGE: Hon. Jennifer L. Thurston |

Defendant Gael Gomes hereby requests that the Court continue the August 29, 2017 restitution hearing to Tuesday, November 7, 2017 at 10:30 a.m.

On August 23, 2017, the undersigned received a copy of Government witness Richard Friese's report. After reviewing the report, the undersigned has determined that further investigation is necessary in order to adequately represent Mr. Gomes at the restitution hearing.

The government does not oppose this request for a continuance.

                                                      Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

DATED: August 25, 2017            By:    */s/ Andrew Wong*
                                                      ANDREW WONG
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      GAEL GOMES

**O R D E R**

    Good cause appearing, the restitution hearing as to Gael Gomes currently scheduled for August 29, 2017, is continued to **November 7, 2017**, at 10:30 a.m. or as soon thereafter as the Court may be available.

IT IS SO ORDERED.

    Dated:   **August 25, 2017**                **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE