| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | GAEL GOMES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No. 5:17-po-302-JLT
                           )
        Plaintiff,         )  REQUEST FOR RULE 43 WAIVER OF
                           )  APPEARANCE AT NON-SUBSTANTIVE
vs.                        )  PROCEEDINGS; [PROPOSED] ORDER
                           )
GAEL GOMES,                )
                           )
        Defendant.         )

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Gael Gomes, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the November 7, 2017 restitution hearing. Mr. Gomes agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

///

///

///

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 20, 2017        */s/ Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
GAEL GOMES

# **O R D E R**

Defendant's request for a waiver of appearance is granted. Defendant's appearance at the November 7, 2017 restitution hearing is waived.

IT IS SO ORDERED.

Dated: **September 22, 2017**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

GOMES: Request for Rule 43 Waiver of Appearance

2