UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 5:17-po-302-JLT |
|---|---|
| Plaintiff, | ) **STIPULATION TO RESTITUTION AWARD** |
| | ) **AND ORDER THEREON** |
| v. | ) |
| GAEL GOMES, | ) |
| Defendant. | ) |

Defendant Mr. Gael Gomes made his initial appearance on June 20, 2017 and pled guilty to one count of operating a motor vehicle off road in an undesignated area, in violation of 36 CFR 4.10(a), and one count of defacing mineral resources, 36 CFR 2.1(a)(1)(IV). The Court sentenced Mr. Gomes to pay restitution. The amount of restitution was to be determined at a future hearing. A restitution hearing is currently set for November 7, 2017.

The parties have reached an agreement regarding a restitution figure.

Under the terms of the agreement, and pursuant to 18 U.S.C. § 3663(a)(3), defendant Gael Gomes agrees to pay restitution to the United States National Park Service, the victim of the depredation of public lands and resources, in the amount of $5,000. The U.S. National Park Service will provide payment instructions.

**THE PARTIES HEREBY STIPULATE**, through their respective attorneys of record, Special Assistant United States Attorney Joshua Vann, counsel for the government, and Assistant

Federal Defender Andrew Wong, counsel for defendant, to a restitution award in an amount of $5,000.00.

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: October 30, 2017          By:    */s/ Andrew Wong*
                                                          ANDREW WONG
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          GAEL GOMES

DATED: October 30, 2017          By:    */s/Joshua Vann*
                                                          Joshua Vann
                                                          Special Assistant United States Attorney

## ORDER

Based upon the stipulation of the parties, the Court ORDERS:

1. The restitution hearing scheduled for November 7, 2017 is **VACATED**; and

2. Restitution to the U.S. National Park Service **SHALL** be awarded in the amount of $5,000.

IT IS SO ORDERED.

    Dated:  **November 1, 2017**                 **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE